IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00001-DME

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CANDICE GOINS,

      Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on January 12, 2012.

IT IS ORDERED THAT A Change of Plea hearing is set for **March 15, 2012, at 10:00 a.m.  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than <u>noon</u> on March 13, 2012.** <u>If these documents are not timely submitted, the hearing will be vacated.</u>  **The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).  The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.**  In light of the Defendant's Notice of Disposition, the speedy trial time is tolled.

DATED:   January 18, 2012

BY THE COURT:

*s/ David M. Ebel*

_____

David M. Ebel
United States Circuit Judge