**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE DAVID M. EBEL**

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: July 24, 2012 |
| Court Reporter:   Janet Coppock | |
| Probation Officer:   Katrina Devine | |
|                         Ryan Henry | |

Criminal Action No. 12-cr-00001-DME

*Parties:*                                                                                              *Counsel:*

UNITED STATES OF AMERICA,                                            Tim Neff

   Plaintiff,

v.

1. CANDICE GOINS,                                                                  Stanley Marks

   Defendant.

---

### SENTENCING MINUTES

---

**3:27 p.m.**    **Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing was held on March 15, 2012.**

**Defendant plead guilty to Count One of the Information.**

Defendant sworn.

Parties received and reviewed the presentence report and the addendum to that report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:**  Government's Motion for Sentencing Reduction for Defendant Candice Goins Pursuant to U.S.S.G. § 5K1.1 [Doc. No. 13, Filed June 26, 2012] is GRANTED.

**ORDERED:**  Defendant's Motion for a Downward Variance from Guidelines Pursuant to Title 18 § 3553(a) [Doc. No. 14, Filed June 27, 2012] is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**PROBATION:**
Defendant is sentenced as to Count One of the Information to probation for a term of 5 years, with no condition of home confinement.

**Conditions of probation:**
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not unlawfully possess controlled substances.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Since the judgment in this case imposes a restitution obligation, it shall be a condition of probation that the defendant pay any such restitution in accordance with the schedule of payments set forth in the judgment.

**Special conditions of probation:**
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence

|     |     |
| --- | --- |
|     | report for continuity of treatment. |
| (X) | The defendant shall participate in an evaluation for substance abuse treatment, and if deemed necessary, successfully participate in and complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer. |

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due and payable immediately.

**RESTITUTION:**
Defendant shall pay restitution in the amount of $19,193 to MortgageIT, Inc., $9,006 to Specialized Loan Servicing, and $12,799 to Freedom Mortgage, for a total restitution liability of $40,998.  Restitution is ordered jointly and severally with the following defendants: Torrence K. James, Tremayne Miller, and Patrick Cobbin.

Interest is waived.

The restitution obligation shall be due immediately, but any unpaid balance shall be due in monthly installments calculated as at least equal to 10 percent of the defendant's gross monthly wages.

Defendant is advised of the right to appeal.

**ORDERED:**  A complete copy of the presentence report shall be prepared for the Bureau of Prisons and the United States Sentencing Commission.

Counsel confirm they have copies of the presentence report and the addendum.

**ORDERED:**  Any other copies of the presentence report and the addendum shall remain confidential according to the practice of the Court.  If an appeal is taken, counsel on appeal will be permitted access to the report.

**ORDERED:**  Bond is discharged.

**4:02 p.m.**     **Court in recess.**     Hearing concluded.          Total in-court time:  00:35